E-FILED
Thursday, 31 August, 2006 01:51:24 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| MARK A. WINGER | ) |
| Plaintiff | ) |
| | ) |
| vs. | )  Case No. 06-1226 |
| GUY D. PIERCE | ) |
| WESLY G. WILES | ) |
| ROBERT E. ELLINGER | ) |
| ERIKA R. HOWARD | ) |
| ANABELLE MOTTELER | ) |
| UNDRAY MILLSAP | ) |
| MELODY FORD | ) |
| ROGER E. WALKER, JR. | ) |
| Edward JONES | ) |
| Defendants | ) |

**FILED**
AUG 3 1 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, MARK A. WINGER, declare that I am the plaintiff in the above-entitled case. I further state that I am unable to afford the services of an attorney. I hereby request the court to appoint counsel to represent me in this case. Should the court grant this motion, I agree to provide for payment of attorney fees out of any recovery I might obtain in this case.

2. In support of my motion I declare that I have attempted to retain counsel to represent me in this case (on a pro bono basis or fees paid from any recovery I might obtain) by writing letters directly to attorneys.

3. In further support of my motion I declare that I am not currently represented (and have not been represented previously) by an attorney appointed by this court in this or any other civil or criminal proceeding before this court.

4. Furthermore, the complexity of this case is beyond the ability of the indigent plaintiff to present himself.

5. Additionally, I will be unable to investigate crucial facts unaided by counsel and the nature of the evidence indicates that the truth will more likely be exposed where both sides are presented by counsel.

6. Also, the nature of the claim indicates that this case may require expert witness testimony.

7. In further support of my motion, I declare that I have attached an original application to proceed in forma pauperis detailing my financial status.

8. I declare under penalty of perjury that the forgoing is true and correct.

_____
MOVANT'S SIGNATURE

Tamms CMAX CORRECTIONAL CENTER

200 E. Supermax Rd, Box #2000

Tamms, Illinois 62888

DATE: August 10th, 2006