E-FILED
Thursday, 31 August, 2006 02:43:56 PM
Clerk, U.S. District Court, ILCD

# United States District Court

## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **Mark A. Winger** | ) | **WRIT OF HABEAS CORPUS** |
| Plaintiff | ) | **AD TESTIFICANDUM** |
| | ) | |
| **vs** | ) | |
| | ) | **CASE NO. 06-1226** |
| **Guy D. Pierce, etal** | ) | |
| Defendant | ) | |

**TO:  THE WARDEN of** Tamms  at Tamms, IL.


        **WE COMMAND** that you produce the body of **Mark A. Winger**, Register No. **K97120**, who is in your custody at Tamms Correctional Center before the United States District Court on  **9/19/06 at 9:30am**  by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants.  This telephone conference call is a public proceeding as though the prisoner were present in open court.  Anyone can listen.   At the termination of said hearing you may return him to his current regular assignment.

        **WITNESS** the Honorable John M. Waters, CLERK of the United States District Court for the Central District of Illinois.

DATED:  8/31/06

                  JOHN M. WATERS, CLERK
                  UNITED STATES DISTRICT COURT

                  BY:  s/H. Kallister
                     Deputy Clerk