**E-FILED**
Tuesday, 19 September, 2006  11:12:56 AM
Clerk, U.S. District Court, ILCD



# United States District Court

JOHN M. WATERS
CLERK OF COURT

## Central District of Illinois

TEL: 309.671.7117
FAX: 309.671.7120

### Office of the Clerk
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

September 19, 2006

Re:  Mark A. Winger, K97120
Case No.   06-1226

Trust Fund Department
Tamms Correctional Center
Inmate Mail/Parcels
P O Box 400
Tamms, IL  62988

The Clerk of the Court recently received a complaint and a petition to proceed in forma pauperis from the above named inmate.   In order for the Court to determine whether s/he is entitled to proceed in forma pauperis, the Court must review his/her trust fund ledgers for the six months immediately proceeding receipt of his/her complaint.   Therefore, the Clerk of the Court respectfully requests that you provide to the Court a copy of the above named inmate's trust fund ledgers for the period **from 2/28/06 through 8/31/06**, within fourteen days of the date of this letter.   Please mail the trust fund ledgers to:

United States District Court
Central District Of Illinois
309 Federal Building
100 N.E. Monroe
Peoria, IL 61602

Please refer to the above referenced case number when submitting the trust fund ledgers.  Thank you.

Sincerely,

John M. Waters

Clerk, U.S. District Court

cc: Inmate