E-FILED
Monday, 16 October, 2006 11:57:12 AM
Clerk, U.S. District Court, ILCD

United States District Court
Central District of Illinois
Office of the Clerk
Federal Building, Room #309
100 N.E. Monroe                              Date: October 11th, 2006
Peoria, IL 61602

**FILED**

IN RE: CASE NO. 06-cv-1212          OCT 16 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Honorable Clerk of Court:

Recently, I received notice from the Court that I have been granted permission to proceed with my Petition in forma pauperis.

Please, send me nine (9) U.S. Marshall forms. And, please tell me what your procedures are for issuing summons on the defendants.

Lastly, what is the status of my motion to request appointment of counsel?

I look forward to hearing from you at your earliest convenience.

Sincerely,

Mark Winger
I.D.O.C. # K97120
Box # 2000
200 E. Supermax Rd.
Tamms, IL 62988