# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**Mark A. Winger**

vs.

Case Number: **06-1226**

**Guy D. Pierce, et al.**

**DECISION BY THE COURT**.  This action came before the Court and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to 28 U.S. C. 1915A(b) and Fed. R. Civ. Pro. Rule 12(b)(6) the entire complaint is dismissed for failure to state a claim upon which relief may be granted.

ENTER this 24th day of October, 2006

/s/ John M. Waters
JOHN M. WATERS, CLERK

/s/ K. Burns
BY: DEPUTY CLERK