E-FILED
Monday, 04 December, 2006 01:47:05 PM
Clerk, U.S. District Court, ILCD

FILED
DEC - 4 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

TO: United States District Court
Central District of Illinois
Honorable John M. Waters,
Clerk of Courts

November 30th, 2006

In Re: Case No. 06-CV-1226

Esteemed Clerk of Courts,

On October 24th, 2006 the Court dismissed my complaint, 06-CV-1226, for failure to state a claim.

On October 31st, 2006 I filed a motion to Alter Judgement (Rule 59(e)) in a timely manner. At the same time I also filed a motion to Amend the Complaint.

On November 20th, 2006 I sent the Court my completed Amended complaint.

All pleadings included sufficient copies for all defendants as well as a copy for the plaintiff to receive a file stamp.

Please, send me the following:
(1) The docket sheet for case No. 06-CV-1226.
(2) File stamped copies of:
  (a) Motion to Alter Judgement
  (b) Motion to Amend Complaint
  (c) Amended Complaint

Your attention to this matter is greatly appreciated. Please, direct your correspondence to me at:

Mark A. Winger
I.D.O.C. # K97120
Box #2000
200 E. Supermax Rd.
Tamms, IL 62988

Respectfully,

Mark Winger