1:06-cv-01226-HAB-JAG   # 13   December 17, 2006

FILED   E-FILED
Wednesday, 20 December, 2006  11:38:00 AM
Clerk, U.S. District Court, ILCD

DEC 20 2006
JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

United States District Court
Central District of Illinois
Deputy Clerk-in-Charge,
  Hon. Holly Kallister
Room # 309 Federal Bldg.

Case No. 06-CV-1226

Honorable Deputy Clerk-in-charge Kallister,

    This is my second request for a copy of my docket sheet and copies of all pleadings filed to this date, stamped filed, in the case Winger v. Pierce, et. al., 06-CV-1226.

    My Motion to alter judgement (Rule 59(e)) and my Motion to amend my petition were filed in a timely manner on October 31st, 2006. No judgement nor acknowlegement of receipt has been made.

    On November 30th, 2006 I requested a copy of my docket sheet and a copy of each pleading, stamped filed.

    I look forward to hearing from you soon. Your attention to this matter is appreciated.

Respectfully,

*Mark Winger*

Mark Winger
IDOC # K97120
Box # 2000
200 E. Supermax Rd.
Tamms, IL 62988

cc: Self.