E-FILED
Friday, 29 December 2006 12:22:59 PM
Clerk, U.S. District Court, ILCD

United States District Court

Central District of Illinois

Deputy Clerk of Court In Charge

Honorable H. Kallister

**FILED**

DEC 2 9 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

CASE No. 06-CV-1226

Honorable H. Kallister,

On December 4th, 2006 and December 20th, 2006 I requested a copy of my docket sheet and file stamped copies of all of my pleadings in the case Number 06-CV-1226, Winger v. Pierce et al.

Later, I received from your office a copy of my docket sheet. However, I was informed that copies of my pleadings will cost 50¢ per page.

Forgive me for failing to adequately communicate my request. Please, take notice that along with each of my pleadings I already included a copy for the plaintiff (myself) as indicated in the proof of service accompanying each pleading.

Therefore, please send me my copies (already provided) stamped filed and dated. Of course you keep the copies destined for the court and defendants.

Sorry for any inconvenience this has caused.

I look forward to your response.

Sincerely,

Mark Winger
# K97120
Box # 2000
200 E. Supermax Rd
Tamms, IL 62988