E-FILED
Tuesday, 26 June, 2007  12:38:59 PM
Clerk, U.S. District Court, ILCD

6-17-07

IN Re: Case No. 06-CV-01226

Dear Clerk of the Court,

In the case of <u>Winger V. Pierce</u> et al,

I have not received a response from the court to my Motion to Alter Judgement (filed 11/3/2006) or my Motion to Amend the Complaint (filed 11/3/2006).

It appears from the last docket sheet that the case had been given to a Magistrate Judge, Honorable John A. Gorman. Yet, I still have heard nothing.

What am I supposed to do now? Will someone rule on my timely motions of 11/03/2006?

Please send me a new docket sheet.

Respectfully,

MARK Winger K97120
Box# 2000
200 E. Supermax Rd.
Tamms, IL 62988