UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

E-FILED
Friday, 24 August, 2007 12:40:32 PM
Clerk, U.S. District Court, ILCD

FILED
AUG 2 4 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

MARK A. WINGER              )
    Plaintiff-Appellant     )
                            )
                            )
Vs.                         )   Case No. 06-CV-1226
                            )
                            )
Guy D. PIERCE               )
WESLY G. WILES              )
ROBERT E. ELLINGER          )
ERIKA R. HOWARD             )
ANABELLE MOTTELER           )
UNDRAY MILLSAP              )
MELODY FORD                 )
ROGER E. WALKER, JR.        )
EDWARD JONES                )
    Defendants              )

## MOTION FOR LEAVE TO APPEAL IN FORMA PAUPERIS

I, MARK A. WINGER am the pro se plaintiff-appellant in this case. In support of my request for leave to appeal and to proceed without being required to prepay fees or costs

page 1 of 2

declare that I was permitted to proceed in forma pauperis in the District Court action, and that I am therefore eligible to proceed in forma pauperis on appeal of the District Court decision under the provision of Prior Approval, see Fed. R. App. P. 24 (a)(3).

WHEREFORE, Plaintiff-Appellant moves this Honorable Court to permit the plaintiff-Appellant to proceed in forma pauperis.

*[signature]*

MARK A. WINGER
Reg# K97120
Box# 2000
200 E. Supermax Rd.
Tamms, IL 62988

(Petitioner, pro se)