E-FILED
Friday, 24 August, 2007 12:49:42 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT

FOR THE

CENTRAL DISTRICT OF ILLINOIS

FILED

AUG 2 4 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

MARK A. WINGER )
    Plaintiff - Appellant )
)
V. )   CASE NO.   06 - CV - 1226
)
GUY D. PIERCE )
Edward Jones )
WESLEY G. WILES )
ROBERT E. ELLINGER )
ERIKA R. HOWARD )
ANABELLE MOTTELER )
UNDRAY MILSAP )
MELODY FORD )
ROGER E. WALKER )
    Defendants )

## NOTICE OF APPEAL

    Notice is hereby given that Mark A. Winger, plaintiff, pro se, in the above captioned case hereby appeals to the United States Court of Appeals for the Seventh Circuit

from the final judgement entered
on the 1st day of August, 2007.

MARK A. WINGER
Reg # K97120
Box # 2000
200 E. Supermax Rd.
Tamms, IL 62988