E-FILED
Friday, 24 August, 2007  12:53:02 PM
Clerk, U.S. District Court, ILCD

United States District Court
For the
Central District of Illinois

FILED
AUG 2 4 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Mark A. Winger )
  Plaintiff-Appellant )
 )
 )
vs. ) Case No. 06-CV-1226
 )
Guy D. Pierce, et al. )
  Defendants )

## Proof of Service

I, Mark Winger, Plaintiff-Appellant, pro se, certify, under penalty of perjury that I have delivered the original and five copies of NOTICE TO APPEAL; MOTION FOR LEAVE TO APPEAL IN FORMA PAUPERIS; and, AFFIDAVIT IN SUPPORT OF MOTION, by placing said items in the inmate mail system on the __21st__ day of __August__, 2007 to the clerk of the above captioned court.

Mark A. Winger
K97120
Box #2000
200 E. Supermax Rd.
Tamms, IL 62988