# SEVENTH CIRCUIT APPEAL INFORMATION SHEET

E-FILED
Friday, 24 August, 2007 01:17:10 PM
Clerk, U.S. District Court, ILCD

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

District: Central District of Illinois        Docket No.: 06-1226

Division: Peoria

**Plaintiff (Petitioner)    Short Caption    Defendant (Respondent)**

Mark A. Winger K97120    v.    Guy D. Pierce, et al.

---

**Current Counsel for Plaintiff (Petitioner):**    **Current Counsel for Defendant (Respondent):**

*(Use separate sheet for additional counsel)*

Name: Mark A. Winger K97120    Name:

Firm: Tamms Correctional Center    Firm:

Address: PO Box 400    Address:

Tamms, IL 62988

Phone: (618) 747-2042    Phone:

---

Judge: Harold A. Baker    Nature of Suit Code: 550

Court Reporter: Toni Judd    Date Filed in District Court: 8/31/06

Date of Judgment: 8/1/07 (motion)

Date of Notice of Appeal: 8/24/07

Counsel:  ___Appointed    ___Retained    _X__Pro Se

Fee Status:   ___Paid    ___Due    ___IFP    _X__IFP Pending    ___U.S.    ___Waived

*(Please mark only 1 item above)*

Has Docketing Statement been filed with the District Court's Clerk's Office:    ___Yes    _X__No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted; ___denied; ___pending

If certificate of appealability was granted or denied, what is the date of the order: _____

If Defendant is in Federal custody, please provide United States Marshal number (USM#): _____

**IMPORTANT: THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**