United States District Court
For the
Central District of Illinois

**FILED**
AUG 27 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Mark A. Winger )
   Plaintiff-Appellant )
  )
v. ) Case No. 06-CV-1226
  )
Guy D. Pierce, et al. )
  Defendants )

### Request for Record on Appeal

Now comes, Plaintiff-Appellant, Mark A. Winger, pro se, pursuant to Federal Rule, Fed. R. App. P. 10(b), and asks that the Honorable Clerk of this Court provide a copy of the record on appeal for the above captioned case.

Respectfully submitted,

Mark A. Winger
Reg # K97120
Box # 2000
200 E. Supermax Rd.
Tamms, IL 62988

UNITED STATES DISTRICT COURT
FOR THE
CENTRAL DISTRICT OF ILLINOIS

Mark A. WINGER )
    Plaintiff-Appellant )
     )
vs. ) Case No. 06-cv-1226
     )
Guy D. PIERCE, et al. )
    Defendants )

## Proof of Service

I, Mark Winger, Plaintiff-Appellant, pro se, certify, under penalty of perjury that I have delivered to the clerk of the above court the original and five copies of REQUEST FOR RECORD ON APPEAL, by placing said documents in the inmate mail system on the 23rd day of August, 2007.

MARK A. Winger
K97120
Box # 2000
200 E. Supermax Rd.
Tamms, IL 62988