# United States Court of Appeals

For the Seventh Circuit
219 S. Dearborn Street, Suite 2722
Chicago, Illinois 60604

Clerk of the Court                                                                 (312)435-5850

**To:**    **District Court Clerk's Office**

**Re:**    **Notice of Docketing**

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

| | |
|---|---|
| Filed on: | August 24, 2007 |
| Appellate Court No.: | 07-3021 |
| Short Caption: | Winger, Mark A. v. Pierce Guy D. et al., |
| District Court Judge: | Harold A. Baker |
| District Court No.: | 06 C 1226 |

If you have any questions regarding this appeal, please call this office.

**cc:**    **Toni Judd**