To: U.S. District Court of
    Central Illinois
    ATTN: Clerk of the Court
    Federal Building, Rm # 309
    100 N.E. Monroe
    Peoria, IL 61602

FILED
SEP 04 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Ref: Case No. 06-C-1226
    Winger v. PIERCE, et. al

August 30th, 2007

Dear Clerk of the Court,

    I received notice today (8-30-07) that my notice of appeal (Appeal No. 07-3021) has been docketed with the 7th Circuit Court of Appeals. However, the 7th Circuit Court stated that the docketing fee had not been paid and ordered me to file my motion to proceed IFP or pay the fee immediately (14 days from 8-24-07).

    I had filed my Motion to proceed IFP at the time of my notice of appeal. Has the Honorable court ruled on my Motion to proceed IFP pursuant to federal rule Fed. R. App. P. 24 (a)(3) yet? In either

page 1 of 2

event, I will need a decision from the Honorable Court so that I may respond to the 7th Circuit Court of Appeals appropriately and in a timely manner.

Your attention to this matter is greatly appreciated. If I am lacking anything in my filings of record of August 24th, 2007, please let me know immediately.

Respectfully,,

*Mark Winger*

Mark Winger
Reg # K97120
Box # 2000
200 E. Supermax Rd.
Tamms, IL 62988

Page 2 of 2