To: Clerk of the Court
U.S. District Court of
 Central Illinois
U.S. Courthouse, Rm # 309
100 N.E. Monroe Street
Peoria, IL 61602

From: Mark A Winger
Reg # K97100
Box # 2000
200 E. Supermax Rd.
Tamms, IL 62988

Date: September 4th, 2007

In Re: Case Number 06-c-1226

FILED
SEP 10 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Honorable Clerk of the Court,

　　On August 24th, 2007 you file stamped my Notice of Appeal; Motion to Proceed in Forma Pauperis; and, Affidavit IN SUPPORT of my Motion to proceed IFP.

　　On August 1st, 2007 the court docketed my notice of appeal, but did not rule on my Motion to proceed IFP.

Upon reviewing my correspondence I believe I may have mistakenly not included copies of my filings to the defendants.

I am trying to correct that mistake right now, but the paralegal here may not get me my copies in a timely manner, as she works alone.

I, Mark A. Winger, Plaintiff in the case 06-C-1226, certify that I have sent a copy of the above mentioned filings to the paralegal at Tamms Closed-Max prison, requesting sufficient copies for the defendants in the above named case. Further, I certify that upon receipt of said copies I will mail them to the Honorable Clerk of the District court named above.

Please, let me know if the oversight mentioned herein will in any way impact the court's decision on my Motion.

Respectfully,

*Mark Winger*

MARK A. WINGER

I, Mark A. Winger, certify that I will fullfill my committments contained in this letter (above) and will send to the court the defendant's copies ASAP.

*[signature]*
Mark A. Winger