

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

JOHN M. WATERS
CLERK OF COURT

TEL: 309.671.7117
FAX: 309.671.7120

OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

September 17, 2007

Mark A. Winger
K97120
Tamms Correctional Center
PO Box 2000
200 E. SuperMax Rd
Tamms, Il 62988

Re:   Defendant's Copies of Notice of Appeal
      and misc documents for 06-1226

Dear Mr. Winger:

Enclosed are the defendant's copies of the Notice of Appeal and Motion to Proceed In Forma Pauperis with Affidavit that we received in our office on September 17, 2007.  We are returning these documents to you since we do not need any copies or serve any copies on defendants.   If you have any questions regarding this matter, please contact our office.

Sincerely,

/s/ John M. Waters
John M. Waters
Clerk, U.S. District Court

JMW/kmb

Encl.