E-FILED
Monday, 17 September, 2007  02:05:20 PM
Clerk, U.S. District Court, ILCD

United States District Court
For The
Central District of Illinois

Mark A. Winger,
   Plaintiff-Appellant

vs.

Guy D. Pierce, et al.,
   Defendants-Appellees

Case No: 06-CV-1226

FILED
SEP 17 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## CERTIFICATE

I, Mark A. Winger, Plaintiff, pro se, in the above captioned civil action, hereby certify pursuant to Fed. R. App. P. 10(b)(B) that no transcripts of preceedings will be ordered.

Respectfully,

Mark A. Winger
Reg# K97120
Box# 2000
200 E. Supermax Rd.
Tamms, IL 62988

U. S. District Court
For The
Central District of Illinois

Mark A. Winger )
  Plaintiff )
 )
 )
vs. ) Case No. 06-CV-1226
 )
 )
Guy D. Pierce, et al. )
  Defendants )

## Proof Of Service

I, Mark Winger, Plaintiff, pro se, certify under penalty of perjury that I have delivered to the Clerk of the above Court the original plus five copies of the Certificate, and sufficient copies for all named parties by placing said Certificate in the inmate mail system on 11th September, 2007.

Mark Winger
K97120
Box #2000
200 E. Supermax Rd.
Tamms, IL 62988