E-FILED
Thursday, 20 September, 2007 01:32:03 PM
Clerk, U.S. District Court, ILCD

FILED
SEP 20 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES DISTRICT COURT
FOR THE
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| MARK A. WINGER )<br>    Plaintiff-Appellant )<br>)<br>vs. )<br>) Case No. 06-C-1226<br>)<br>Guy D. PIERCE )<br>Edward JONES )<br>Wesley G. WILES )<br>Robert E. ELLINGER )<br>Erika R. HOWARD )<br>Anabelle MOTTELER )<br>Undray MILSAP )<br>Melody FORD )<br>Roger E. WALKER )<br>    Defendants ) | |

## DOCKETING STATEMENT

This docketing statement is hereby filed by the plaintiff, Mark Winger, pursuant to Circuit Court Rules 3(c) and 28(a).

## Jurisdictional Statement

On October 24th, 2006 the U.S. District Court for the Central District of Illinois dismissed plaintiff's action brought under 42 U.S.C. § 1983 for failure to state a claim, pursuant to 28 U.S.C. § 1915A(b) and Fed. R. Civ. Pro. 12(b)(6). Plaintiff filed in a timely manner a motion to Amend the complaint and a Motion to Alter Judgement, Rule 59(e) on November 3rd, 2006. The District Court denied plaintiff's Motion to Amend the Complaint and his Motion to Alter Judgement on August 1st, 2007. Plaintiff filed a timely notice of Appeal pursuant to Fed. R. App. P. 4(a) and a Motion to Proceed in Forma Pauperis (with supporting affidavit) pursuant to Fed. R. App. P. 24(a)(3) on August 24th, 2007. The 7th Circuit Court of Appeals is the proper Appellate jurisdiction for this appeal.

Mark Winger K97120
Box # 2000
200 E. Supermax Rd.
Tamms, IL 62988

## CERTIFICATION

I, Mark Winger swear under penalty of perjury that the foregoing statement of jurisdiction is correct to the best of my ability.

*[signed]* MARK WINGER

United States District Court
For The
Central District of Illinois

Mark A. Winger )
   Plaintiff )
)
Vs. ) Case No. 06-CV-1226
)
Guy D. Pierce, et al. )
   Defendants )

## Proof of Service

I swear under penalty of perjury that I have delivered the original and 5 copies of the Docketing Statement, plus sufficient copies for all defendants by placing said documents in the inmate mail system on __12__ September, 2007 with sufficient postage.

THESE ARE THE (9) D's not copies that were available on the 12th of September 2007.
9/17/07

Mark A. Winger
K97120
Box #2000
200 E. Supermax Rd.
Tamms, IL 62988

United States District Court
For The
Central District of Illinois

Mark A. Winger )
   Plaintiff )
   )
Vs. ) Case No. 06-CV-1226
   )
Guy D. Pierce, et al. )
   Defendants )

## Proof of Service

I swear under penalty of perjury that I have delivered the ~~original and 5 copies of the~~ Docketing Statement, plus sufficient copies for all defendants by placing said documents in the inmate mail system on 14 September, 2007 with sufficient postage.

(Original filed on 9-12-07)

Mark A. Winger
K97120
Box #2000
200 E. Supermax Rd.
Tamms, IL 62988