E-FILED
Monday, 29 October, 2007  03:29:01 PM
Clerk, U.S. District Court, ILCD

TO: United States District Court
Central District of Illinois
ATTN: Clerk of Court
Room #309
Federal Building
100 N.E. Monroe
Peoria, IL 61602

FILED
OCT 29 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

From: Mark A. Winger
IDOC # K97120
Box # 2000
200 E. Supermax Rd.
Tamms, IL 62988

Date: 10-25-07

In Re: Case No. 06-CV-1226.

Dear Clerk of Court,

I have been waiting for the Honorable Judge Baker to Rule on my motion to proceed on Appeal in Forma Pauperis. Re: Case No. 06-CV-1226. However, I received (instead) a

notification in the mail from your office today ~~(stamped)~~ stating that my <u>Motion for copy of documents</u> was denied.

I have not filed any motion requesting copies of documents to my knowledge. Please, let me know who filed such motion falsely on my behalf.

Please, send me a copy of the ~~docketing~~ docketing statement. It is my belief that someone has possibly forged a motion or request in order to obtain information concerning this request referenced here in. I believe that would be a crime.

In the meantime, I am patiently waiting for the court to decide on my motion to proceed in forma pauperis on Appeal.

Please, let me know about the status of that motion as soon as the honorable judge Baker has ruled.

Respectfully submitted,

*[signature]*

Mark A. Winger
pro se.

P.S. I will be contacting the U.S. Attorney General on this matter since it may involve someone fraudulently using the U.S. Mail and my name for personal gain. If there existed a proof of service with said motion and certificate of compliance, I would be greatful for a copy of those documents. Please, let me know how much they will cost me. In fact, please tell me the cost of copying the bogus Motion Requesting Documents/Record, proof of service, and its certificate of compliance. Thanks