12-27-2007

In Re: Case No. 06-CV-1226
Winger V. Guy D. Pierce, et al.

Honorable Clerk of Court,

Please, send me a copy of the current docket statement in the above case in the S.A.S.E. enclosed.

Respectfully,

[signature]

Mark Winger
K97120
Box # 2000
200 E. Supermax Rd.
Tamms, IL 62988

FILED
JAN - 4 2008
PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS