# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

Date: March 18, 2008

TO:  District Court Clerk

RE:  Notice to transmit the record

No. 07-3021

MARK A. WINGER,
        Plaintiff - Appellant

  v.

GUY D. PIERCE, Warden, EDWARD JONES, WESLEY G. WILES, et al.,
        Defendants - Appellees

Appeal from the United States District Court for the
Central District of Illinois
No. 06 C 1226, Harold A. Baker, Judge

    Pursuant to Circuit Rule 11(a), the entire record is to be transmitted to this court immediately for use in the decision in the above named cause.

(1211-022296)