E-FILED
Monday, 07 April, 2008 02:43:20 PM
Clerk, U.S. District Court, ILCD



# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

PAMELA E. ROBINSON
CLERK OF COURT

OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602



TEL: 309.671.7117
309.671.7120

FILED
APR - 7 2008
PAMELA E. ROBINSON
U.S. DISTRICT CLERK
CENTRAL DISTRICT OF ILLINOIS

March 25, 2008

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

07-3021

U.S.C.A. — 7th Circuit
FILED
APR 0 1 2008  SK
GINO J. AGNELLO
CLERK

RE: Winger v. Pierce, et al
D. C. Docket No. 06-1226
U. S. C. A. Docket No. 07-3021

Dear Mr. Agnello:

I am sending you herewith the original/supplemental (delete inapplicable entry) record on appeal. It consists of the following:

1 Volumes of Pleadings

0 Volumes of Transcript

0 Volumes of Depositions

0 Volumes of Exhibits:

0 Impounded Exhibits:

Other (specify):

Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

Very truly yours,

PAMELA E. ROBINSON, CLERK

BY:____/s/ K. Burns_____
Deputy Clerk