# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

E-FILED
Thursday, 12 June, 2008  11:30:21 AM
Clerk, U.S. District Court, ILCD

## NOTICE OF RECORD RETURN

**DATE:** June 9, 2008

**TO:** Pamela E. Robinson
United States District Court
Central District of Illinois
Room 309
100 N.E. Monroe Street
Peoria, IL  61602
USA



FILED
JUN 1 1 2008
PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**FROM:** Clerk of the Court

**RE:** 07-3021
Winger, Mark A. v. Pierce, Guy D.
06 C 1226, Harold A. Baker, Judge

This record is being returned to DC per order of 4/25/08. The case remains active until mandate issues.

Returned herewith is the record which was transmitted to this court.

**ENCLOSED:**

| | |
|---|---|
| [ ] | Volumes Administrative Record |
| [1] | Volumes Pleadings |
| [ ] | Volumes Loose Pleadings |
| [ ] | Volumes Transcripts |
| [ ] | Volumes Exhibits |
| [ ] | Volumes Depositions |
| [ ] | In Camera material |
| [ ] | Other:_____ |

Please acknowledge receipt of these documents on the enclosed copy of this notice.

------------------------------------------------------------

Received above record from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

Date: _____        _____
                                     Deputy Clerk, U.S. District Court
(1073-042591)                        or Agency Representative