# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

April 25, 2008

Before



FILED
JUN 11 2008
PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

ILANA DIAMOND ROVNER, *Circuit Judge*

| | |
|---|---|
| MARK A. WINGER,<br>        Plaintiff-Appellant, | ] Appeal from the United<br>] States District Court for<br>] the Central District of |
| No. 07-3021            v. | ] Illinois.<br>] |
| GUY D. PIERCE, Warden, EDWARD<br>JONES, WESLEY G. WILES, et al.,<br>        Defendants-Appellees. | ] No. 06 C 1226<br>]<br>] Harold A. Baker,<br>]     Judge. |

    Upon consideration of the request for leave to proceed as a pauper on appeal, the appellant's motion filed under Federal Rule of Appellate Procedure 24, the district court's order pursuant to 28 U.S.C. § 1915(a)(3) certifying that the appeal was filed in bad faith, and the record on appeal, this court has determined that the district court erred in its bad-faith determination. *See Lee v. Clinton*, 209 F.3d 1025 (7th Cir. 2000).

    Accordingly, **IT IS ORDERED** that the motion for leave to proceed on appeal in forma pauperis is **GRANTED**. The district court is instructed to assess an initial partial filing fee for the appeal and to notify this court when the partial fee has been collected.

    **IT IS FURTHER ORDERED** that the clerk of the court transmit the record on appeal to the district court clerk's office and we request that the district court retransmit the record on appeal to this court upon the issuance of the district court's order in response to our limited remand order.