IN THE
United States District Court
Central District of Illinois

E-FILED
Friday, 11 July, 2008 12:20:00 PM
Clerk, U.S. District Court, ILCD

FILED
JUL 11 2008
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Mark Winger )
   Plaintiff )
    )
V. ) Case No. 06-cv-1226
    )
Guy D. Pierce, et. al. ) Honorable Judge Harold Baker
   Defendants ) Judge Presiding

### CHANGE OF ADDRESS

Now Comes, Plaintiff, Mark A. Winger, pro se, and informs this court that his mailing address has changed.

Please, direct all future correspondence to the plaintiff at:

Mark A. Winger
Reg # K97120
Tamms Correctional Center
8500 Supermax Rd.
Tamms, IL 62988

Respectfully,

*[signature]* K97120
MARK A. Winger