

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

PAMELA E. ROBINSON
CLERK OF COURT

TEL: 309.671.7117
FAX: 309.671.7120

OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

August 27, 2008

                INMATE NAME AND #
                Mark A Winger K97120
                CASE NUMBER.
                06-1226

Trust Fund Department
Tamms Correctional center
3500 Supermax Road
Tamms, IL 62988


The Clerk of the Court recently received a Notice of Appeal and a petition to proceed in forma pauperis on appeal from the above named inmate. In order for the Court to determine whether s/he is entitled to proceed in forma pauperis, the Court must review his/her trust fund ledgers for the six months immediately proceeding receipt of his/her Appeal. Therefore, the Clerk of the Court respectfully requests that you provide to the Court a copy of the above named inmate's trust fund ledgers for the period of 2/24/07 - 8/24/07, within fourteen days of the date of this letter. Please mail the trust fund ledgers to:

        United States District Court
        Central District Of Illinois
        309 Federal Building
        100 N.E. Monroe
        Peoria, IL 61602


Please refer to the above referenced case number when submitting the trust fund ledgers. Thank you.

                Sincerely,
                s/ Pamela E. Robinson/kb
                Pamela E. Robinson

                Clerk, U.S. District Court

cc: Inmate