E-FILED
Wednesday, 27 August, 2008  01:21:00 PM
Clerk, U.S. District Court, ILCD

FILED
AUG 2 7 2008
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

To: Office of the Clerk
United States District Court
of Central Illinois
Room 309
Federal Building
100 N.E. Monroe
Peoria, IL 61602

From: Mark Winger I.D.O.C. # K97120
Tamms Correctional Center
8500 Supermax Rd.
Tamms, IL 62988

Date: August 22, 2008

In Re: Partial Filing Fee for appeal of Case No. (06-CV-1226), Appellate Case No. 07-3021

Dear Clerk of the Court,

On April 25, 2008 Appellate Judge Ilian Diamond Rovner issued an Order in the above mentioned case.

As of this writing, I have not been charged a partial filing fee and

I have not received instructions or an Order from the District Court.

This letter is to inquire as to when I can expect the District Court's compliance with the Order from the Appellate Court.

Is there anything you require of me?

Also, may I please have a copy of the Docket sheet in my case?

Thank you for your assistance. I look forward to receiving the Court's instructions.

Respectfully,

Mark Winger
Tamms Corr. Ctr.
8500 Supermax Rd.
Tamms, IL 62988